No. 81–1816. CANHAM v. OBERLIN COLLEGE. C. A. 6th Cir. Certiorari denied. 

No. 81–1823. MAECOM S.A., GENEVA, ET AL. v. ANGLOMAR BULKCARRIERS, LTD. C. A. 2d Cir. Certiorari denied. 

No. 81–1825. CROSSMAN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 81–1841. CONWAY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–1850. KNYFF ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 81–1874. SENTINEL GOVERNMENT SECURITIES ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–1877. BRUMMITT v. UNITED STATES; and SCARBOROUGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 665 F. 2d 521 (first case); 664 F. 2d 286 (second case).

No. 81–1898. BREWER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 81–1902. TANAKA v. CREDITORS' COMMITTEE #1 ET AL. C. A. 9th Cir. Certiorari denied. 

No. 81–1912. HUBER & ANTILLA CONSTRUCTION v. CARPENTERS LOCAL 470, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO. C. A. 9th Cir. Certiorari denied. 

No. 81–1914. PEARSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 81–1927. FOSTER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.